No. A–72 (O. T. 1994). McCURDY v. CRANDELL, WARDEN. Application for bail, addressed to JUSTICE BREYER and referred to the Court, denied.

No. A–103 (94–5808). BROCKMAN v. SWEETWATER COUNTY SCHOOL DISTRICT No. 1. C. A. 10th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. JUSTICE BREYER took no part in the consideration or decision of this application.

No. A–157 (O. T. 1994). DUFFY ET AL. v. WETZLER ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied. JUSTICE BREYER took no part in the consideration or decision of this application.

No. D–1415. IN RE DISBARMENT OF MARGOLIS. Disbarment entered. [For earlier order herein, see *ante*, p. 1232.]

No. D–1427. IN RE DISBARMENT OF SCHECHTERMAN. Lawrence Schechterman, of Boca Raton, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on August 2, 1994 [*ante*, p. 1268], is hereby discharged.

No. D–1429. IN RE DISBARMENT OF BERNARD. Donald Ray Bernard, of Seabrook, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on August 2, 1994 [*ante*, p. 1269], is hereby discharged.

No. D–1443. IN RE DISBARMENT OF KAGAN. It having been reported to the Court that Philip I. Kagan, of Toms River, N. J., has died, the rule to show cause, heretofore issued on August 24, 1994 [*ante*, p. 1276], is hereby discharged.

No. D–1450. IN RE DISBARMENT OF KARCH. It is ordered that Richard L. Karch, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.